The COASTAL CLUB, INC., Petitioner,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.

No. 23005.

United States Court of Appeals
Fifth Circuit.

Nov. 15, 1966.

Rehearing Denied Dec. 15, 1966.

Lee I. Park, Gerald D. Morgan, Arthur Peter, Jr., Washington, D. C., for petitioner.

Richard M. Roberts, Act. Asst. Atty. Gen., Meyer Rothwacks, Lee A. Jackson, C. Moxley Featherston, Gilbert E. Andrews, Thomas Silk, Attys., D. of J., Washington, D. C., for respondent.

Before JONES, WISDOM and GOLD-BERG, Circuit Judges.

PER CURIAM:

Before us for review is a decision of the Tax Court of the United States revoking the tax exemption of the petitioner, The Coastal Club, Inc., and holding it liable for income tax upon monies received from oil and gas leases. The Coastal Club, Inc. v. Commissioner of Internal Revenue, 43 T.C. 783. This Court, finding itself in complete agreement with the conclusion which the Tax Court reached and with its opinion, affirms its decision. See United States v. Fort Worth Club, 5 Cir., 348 F.2d 891.

Affirmed.

JOSEPH G. MORETTI, INC., Appellant,

v.

CATERPILLAR TRACTOR CO., Caterpillar Americas Co. and Cardoze & Lindo, Appellees.

No. 22568.

United States Court of Appeals
Fifth Circuit.

Nov. 15, 1966.

Henry L. Newell, Roy Phillips, Balboa Canal Zone, Lucien G. Woodard, Miami, Fla., for appellant.

M. T. Woodward, Jr., New Orleans, La., Carlos Icaza A., Republic of Panama, Seth M. Dabney, New York City, Kenneth Vander Leest, Peoria, Ill., Elizabeth Ridnour Haak, Herschel L. Haag III, New Orleans, La., Milling, Saal, Saunders, Benson & Woodward, New Orleans, La., of counsel, for appellees.

Before JONES, WISDOM and GOLD-BERG, Circuit Judges.

PER CURIAM:

The facts from which this controversy arose and the principles of law which control the disposition thereof are set forth in the opinion of the district judge. Moretti v. Caterpillar Tractor Co., D.C., 237 F.Supp. 481. Approving that which was there said, the judgment of the district court is

Affirmed.